IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **LATRECE S. ROSS-JACKSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | |
| | : | Civil Action No. |
| **CALVIN PITS, et al.,** | : | 5:08-CV-189-HL |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |
| | : | |

## ORDER

On October 15, 2008, this Court issued a Show Cause Order (Doc. 4) providing Plaintiff 20 days to show good cause for failure to effect service within 120 days of the of the filing of the Complaint.  The Show Cause Order stated failure to timely respond would result in the dismissal without prejudice of Plaintiff's case.  To date, Plaintiff has yet to file a response.  Accordingly, Plaintiff's Complaint is dismissed without prejudice.

**SO ORDERED**, this the 10th day of August, 2009.


*s/ Hugh Lawson*

**HUGH LAWSON, Judge**

wjc